Consolidated Statement

02    1010140130434  034  30    0  9    SAFEKEPT    Replacement Statement    003

5/15/2010 thru 6/14/2010

Crown Classic Banking

Account number:    1010140130434
Account owner(s):    JUDITH C HATTON HEMMINGWAY

Account Summary

| | |
|---|---|
| Opening balance 5/15 | $499.23 |
| Deposits and other credits | 6,394.97 + |
| Interest paid | 0.04 + |
| Checks | 1,036.98 - |
| Automated Checks | 622.55 - |
| Other withdrawals and service fees | 4,834.47 - |
| Closing balance 6/14 | $400.24 |

Deposits and Other Credits

| Date | Amount | Description | |
|---|---|---|---|
| 5/18 | 525.00 | DEPOSIT | 000005061026501 |
| 5/19 | 183.33 | REFUND    BIRMINGHAM SCHOOL    05/17<br>4828701685890    BIRMINGHAM  AL 0050V751685 | 201005171823000 |
| 5/28 | 628.05 | AUTOMATED CREDIT STATE OF FLORIDA RETIREMENT<br>CO. ID. 9001395052 100528 PPD | 320101453399330 |
| 5/28 | 3,076.59 | AUTOMATED CREDIT STATE OF FLORIDA RETIREMENT<br>CO. ID. 9001395052 100528 PPD | 320101453399331 |
| 6/04 | 100.00 | DEPOSIT | 000006052326760 |
| 6/09 | 20.00 | OVERDRAFT PROTECTION<br>TRANSFER FROM  003    1010140130117 | 000000000000000 |
| 6/10 | 70.00 | OVERDRAFT PROTECTION<br>TRANSFER FROM  003    1010140130117 | 000000000000000 |
| 6/14 | 0.04 | INTEREST FROM 05/15/2010 THROUGH 06/14/2010 | 000425000300002 |
| 6/14 | 92.00 | INSUFFICIENT FUNDS FEE REFUND | 000000000793488 |
| 6/14 | 1,700.00 | COUNTER DEPOSIT | 000005854271350 |
| Total | $6,395.01 | | |

Interest

| | |
|---|---|
| Number of days this statement period | 31 |
| Annual percentage yield earned | 0.05 % |
| Average interest balance | $898.11 |
| Interest earned this statement period | $0.04 |
| Interest paid this statement period | $0.04 |
| Interest paid this year | $0.34 |

WACHOVIA BANK , EAST TALLAHASSEE FINANCIAL CENTE    page 2 of 9

Case 10-04217-TOM7    Doc 3    Filed 07/12/10    Entered 07/12/10 06:34:59    Desc Main
Document    Page 1 of 1