# Notice Recipients

District/Off: 1126−2     User: bevans     Date Created: 10/28/2010
Case: 10−04217−TOM7     Form ID: b18     Total: 23

**Recipients of Notice of Electronic Filing:**
tr     Andre' M Toffel     amt−trustee@wwisp.com
aty     William Earl Bright, Jr.     web0707@aol.com

                                                                   TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db     Judith C. Hatton (Hemmingway)     49 Dogwood Lane     Birmingham, AL 35215
cr     AmeriCredit Financial Services, Inc.     4001 Embarcadero     Arlington, TX 76014
smg     Valrey Early     BA Birmingham     1800 5th Avenue North     Birmingham, AL 35203
6511296     AmeriCredit     PO Box 183853     Arlington TX 76096
6577865     Beatrice A. Pye     c/o Karen Walker     Holland &Knight LLP     315 South Calhoun Street, Ste 600     Tallahassee, FL 32301
6511298     Central FinL Control     PO Box 66051     Anaheim, CA 92817
6511299     Central FinL Control     PO Box 66051     Anaheim, CA 92817
6511300     Central Finl Control     PO Box 66051     Anaheim, CA 92817
6511301     Credit one     PO Box 98875     Las Vegas, NV 89193
6511302     Debt Recovery Solution     900 Merchants Concourse     Westbury, NY 11590
6511303     First Premier Bank     601 S. Minnesota Ave     Sioux Falls, SD 57104
6511304     HSBC     PO Box 5253     Carol Stream, IL 60197
6511305     LNNV Fundry LLC     PO Box 740281     Houston, TX 77274
6511306     NCO Financial     PO Box 13584     Philadelphia, PA 19101
6511297     New South Fed. Savings     425 Phillips Blvd     Ewing, NJ
6511307     Palmetto Health Council Inc.     547 Poncedeheon Ave.     Atlanta, GA 30308
6511308     S.Fl. Educational FCU     7800 SW 117th Ave     Miami, FL 33183
6511309     S.Fl. Educational FCU     7800 SW 117th Ave     Miami, FL 33183
6511310     S.Fl. Educational FCU     7800 SW 117th Ave     Miami, FL 33183
6511311     Sallie Mae     11100 USA Pkwy     Fishers, IN 46037
6511312     Tribute     PO Box 105555     Atlanta, GA 30348

                                                                   TOTAL: 21